IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DESMOND LEE BROWN,,                               *

          Plaintiff,                              *

v.                                                                    Case No.  5:25-cv-00045-TES

                             *

MACON-BIBB COUNTY GOVERNMENT, et al.,

                             *

          Defendant.

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 6th day of February, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk